AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

Plaintiff(s)
Petitioner(s)

- against -

21ST CENTURY PHARMACY, INC., ET AL.

Defendant(s)
Respondent(s)

INDEX #:
16-CV-4826 ERK-JO
DATE FILED:
08/31/2016

ATTORNEY FILE#:
005100-02215

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

STEFPHANIE CORLEONE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/31/2016, 04:20PM at 99 WASHINGTON AVENUE, SUITE #600, ALBANY NY 12231, deponent served the within  SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET AND STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 on MT. VERNON MEDICAL ONE PLLC S/H/A MT. VERNON MEDICAL ONE, P.L.L.C., a defendant in the above action.

2 copies of the above described papers were served by deponent upon NANCY DOUGHERTY, along with the $40.00 required fee, pursuant to section 303 of the LLCL. NANCY DOUGHERTY is both employed in the office of, as well as being authorized to accept service of process on behalf of, the NEW YORK Secretary of State.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 53    Approximate height 5'03"    Approximate weight 125    Color of skin WHITE    Color of hair BROWN

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY  11556-0926
(516)357-3000

_Stefphanie Corleone_
STEFPHANIE CORLEONE

Sworn to before me on 09/01/2016
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017