# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

Plaintiff(s)
Petitioner(s)

- against -

21ST CENTURY PHARMACY, INC., ET AL.

Defendant(s)
Respondent(s)

INDEX #:
16-CV-4826 ERK-JO
DATE FILED:
08/31/2016

ATTORNEY FILE#:
005100-02215

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 09/01/2016, 07:56AM at 72 AUTUMN WAY, MONTVALE NJ 07645, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET AND STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 on VARUZHAN DOVLATYAN, M.D., a defendant in the above action.

By delivering a true copy thereof to and leaving with RAIDA DOVLATYAN/WIFE, a person of suitable age and discretion at the above address, the said premises being the defendant's dwelling place/usual place of abode within the State of NEW JERSEY.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 09/02/2016 addressed to defendant VARUZHAN DOVLATYAN, M.D. at 72 AUTUMN WAY, MONTVALE NJ 07645 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 64   Approximate height 5'05"   Approximate weight 134   Color of skin WHITE   Color of hair REDDISH
Other NJ LICENSE PLATE #: W66APP

RAIDA DOVLATYAN told the deponent that VARUZHAN DOVLATYAN, M.D. was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY  11556-0926
(516)357-3000

TONY CONIGLIARO

Sworn to before me on 09/02/2016
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017