

WWW.RIVKINRADLER.COM

PRISCILLA D. KAM
(516) 357-3341
priscilla.kam@rivkin.com

February 14, 2017

**VIA ECF**
Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Government Employees Insurance Company, et al. v. 21st Century Pharmacy, Inc., et al.*
               Docket No. 16-CV-04826 (ERK)(JO)
               RR File No.:  005100-02215

Dear Magistrate Judge Orenstein:

This firm represents Plaintiffs (collectively, "GEICO") in the above referenced matter.

By this letter, GEICO requests an extension of the deadline to join additional parties and to amend pleadings as set by the Court in its November 1, 2016 Scheduling Order. The current deadline to join new parties and to amend pleadings is February 15, 2017. GEICO respectfully requests that this deadline be extended an additional thirty (30) days, to and through March 17, 2017. This is the first request to extend the deadline to join new parties and to amend pleadings and it is made on consent of all counsel, as well as Dr. Duhamel, who is acting pro se.

GEICO submits this request because it is still awaiting responses to its discovery demands from several Defendants, including Defendants Noel Howell, M.D. and Kingston Medical, P.C. who have not yet retained new counsel since the termination of prior counsel on January 4, 2017. (These Defendants have failed to comply with the Court's deadline of February 6, 2017 to retain new counsel. GEICO has inquired of these Defendants regarding same, but have not received any response.) Additionally, GEICO is awaiting responses to non-party deposition subpoenas currently scheduled for February 27, 2017 – March 2, 2017. GEICO expects that the outstanding discovery responses and non-party subpoenas will be relevant to determining whether additional defendants or claims will be added to this action.

We thank the Court for its consideration of this request.

                            Respectfully submitted,

                            RIVKIN RADLER LLP

                            *Priscilla D. Kam*

                            Priscilla D. Kam

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495



February 14, 2017
Page 2

cc:   **VIA ECF**
      Charles H. Horn
      Russell Friedman & Associates LLP

      Maria Campese
      Schwartz Law PC

      Matthew J. Conroy
      Schwartz Law PC

      Noel Howell, MD

      Kingston Medical, P.C.

      **VIA EMAIL & US MAIL**

      Noel Howell, M.D.
      67 Pinewood Drive
      Ringwood, NJ 07456
      noeldrblob@aol.com

      Kingston Medical, P.C.
      67 Pinewood Drive
      Ringwood, NJ 07456
      noeldrblob@aol.com

      Andre Duhamel, M.D.
      229-04 148th Street
      Springfield Gardens, NY 11413
      Duhamel07@yahoo.com